**KING MOENCH HIRNIAK & MEHTA, LLP**
By: Matthew C. Moench, Esq., 031462007
51 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
T: (973) 998-6860
F: (973) 998-6863
mcm@kmhmlawfirm.com
*Attorney for Plaintiff,*
*Lisa Grega*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LISA GREGA,** an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**COUNCIL OF NEW JERSEY STATE COLLEGE LOCALS, AFT/AFL-CIO, LOCAL 2364,** an incorporated employees' labor organization, *et al.,*<br><br>Defendants. | **VIA ELECTRONIC FILING**<br><br>**Docket No. 1:19-cv-13473-RMB-KMW**<br>Hon. Renee Marie Bumb, U.S.D.J.<br>Hon. Karen M. Williams, U.S.M.J.<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, LISA GREGA, hereby dismisses this action in its entirety with prejudice and without costs.

/s/ Matthew C. Moench
Matthew C. Moench
KING MOENCH HIRNIAK & MEHTA, LLP
51 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950

*Attorney for Plaintiff,*
*Lisa Grega*

Dated: February 4, 2020